Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

RECEIVED JAN 2 9 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

FILED FEB 28 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION TRUST; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VICTOR IRON WORKS, INC.; THERESA ECTOR, individually,<br><br>Defendant. | Case No.: C 05-3120 MHP<br><br>**REQUEST TO ISSUE <u>AMENDED</u> WRIT OF EXECUTION AND DECLARATION OF MICHELE R. STAFFORD IN SUPPORT THEREOF; [PROPOSED] ORDER** |

I, Michele R. Stafford, declare under penalty of perjury that:

1. I am an attorney for the plaintiffs in the above-entitled action.

2. On February 27, 2006, within ten (10) years past, a Judgment (hereinafter "Judgment") was entered in favor of plaintiffs and against Defendant in the total amount of $19,665.89.

3. On December 28, 2007, a Writ of Execution was issued by the Court in the amount of $25,639.53, plus $2.53 post-judgment interest from December 20, 2007. A true and accurate copy of that Writ of Execution is attached hereto as Exhibit A.

4. That Writ of Execution is currently held on file with the U.S. Marshals Service, in

-1-
REQUEST TO ISSUE AMENDED WRIT OF EXECUTION
Case No.: C05-3120 MHP

1  San Francisco, relative to a levy placed on defendant's Bank of Amador account on January 2,
2  2008.

3  5.   It has just come to plaintiffs' attention that the December 28, 2007, Writ of
Execution contained an inadvertent typographical error in the top left-hand box; to wit, Michele R.
Stafford was identified as the attorney for the "Bay Area Painters and Tapers Pension Fund, et al."
rather than correctly as the attorney for the plaintiffs herein, the "Shop Ironworkers Local 790
Pension Trust, et al." We apologize for this inadvertent error. As the Court will note, the prior
Writ of Execution issued April 4, 2007, and attached hereto as Exhibit B, correctly identified the
Shop Ironworkers Local 790 Pension Trust, et al.

6.   It is therefore respectfully requested that the enclosed and corrected Amended Writ
of Execution, also attached hereto as Exhibit C, be issued, and that the Court retain jurisdiction
over this matter.

Dated: January 24, 2008          SALTZMAN & JOHNSON LAW CORPORATION

                                 _____
                                 Michele R. Stafford
                                 Attorneys for Plaintiffs

## ORDER

Let an Amended Writ of Execution be issued in the sum $25,639.53 plus 4.70% per annum interest ($2.53 per diem beginning December 20, 2007) until satisfied, in favor of plaintiffs and against judgment debtors, Victor Iron Works, Inc., and Theresa Ector. This matter shall remain under this Court's jurisdiction.

Dated: 1/28/08                   _____
                                 Marilyn Hall Patel
                                 United States District Court Judge

-2-
**REQUEST TO ISSUE AMENDED WRIT OF EXECUTION**
**Case No.: C05-3120 MHP**

# EXHIBIT A

| | | EJ-130 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address): | | FOR COURT USE ONLY |

Michele R. Stafford (SBN: 172509)
Saltzman & Johnson Law Corporation
120 Howard Street, Suite 520
San Francisco, California 94105
TELEPHONE NO.: (415) 882-7900  FAX NO. (Optional): (415) 882-9287
E-MAIL ADDRESS (Optional): mstafford@sjlawcorp.com
ATTORNEY FOR (Name): Bay Area Painters and Tapers Pension Fund, et al.

[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

United States District Court, Northern District of California
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, California 94102
BRANCH NAME:

PLAINTIFF: Shop Ironworkers Local 790 Pension Trust, et al.

DEFENDANT: Victor Iron Works, Inc.; Theresa Ector

| WRIT OF | [✓] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF [ ] Personal Property<br>[ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>C05-3120 MHP |
|---|---|---|

1. **To the Sheriff or Marshal of the County of:** United States District Court, Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* Shop Ironworkers Local 790 Pension Trust, et al.
   is the [✓] judgment creditor [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name and last known address):*

   Theresa Ector
   2318 Cochran Road
   McKinleyville, CA 95519

   Victor Iron Works, Inc.
   747 Lincoln Avenue
   San Rafael, CA 94901

   [ ] Additional judgment debtors on next page
5. **Judgment entered** on *(date):*
   February 27, 2006
6. [ ] **Judgment renewed** on *(dates):*

7. **Notice of sale** under this writ
   a. [✓] has not been requested.
   b. [ ] has been requested *(see next page).*
8. [ ] Joint debtor information on next page.

[SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment ................... $ 19,665.89
12. Costs after judgment (per filed order or memo CCP 685.090) ............ $ 4,306.25
13. Subtotal *(add 11 and 12)* ......... $
14. Credits ....................... $
15. Subtotal *(subtract 14 from 13)* ..... $
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees)... $ 1,667.39 to 12/19/07
17. Fee for issuance of writ ............ $
18. **Total** *(add 15, 16, and 17)* ......... $ 25,639.53
19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of ...... $ 2.53 from 12/20/07
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) ........... $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on *(date)* DEC 26 2007   Clerk, by **RICHARD W. WIEKING** GINA AGUSTINE-RIVAS, Deputy

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010
Government Code, § 6103.5
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF: Shop Ironworkers Local 790 Pension Trust, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: Victor Iron Works, Inc.; Theresa Ector | C05-3120 MHP |

— Items continued from page 1—

21. ☐ **Additional judgment debtor** *(name and last known address)*:

22. ☐ **Notice of sale** has been requested by *(name and address)*:

23. ☐ **Joint debtor** was declared bound by the judgment (CCP 989–994)
       a. on *(date)*:                                                  a. on *(date)*:
       b. name and address of joint debtor:                    b. name and address of joint debtor:

    c. ☐ additional costs against certain joint debtors *(itemize)*:

24. ☐ *(Writ of Possession or Writ of Sale)* **Judgment** was entered for the following:
    a. ☐ Possession of real property: The complaint was filed on *(date)*:
        **(Check (1) or (2)):**
        (1) ☐ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
              The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
        (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
            (a) $ _____ was the daily rental value on the date the complaint was filed.
            (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify)*:
    b. ☐ Possession of personal property.
        ☐ If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
    c. ☐ Sale of personal property.
    d. ☐ Sale of real property.
    e. Description of property:

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
➤ *A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).*

# EXHIBIT B

| | | EJ-130 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address):<br>Muriel B. Kaplan, Esq. (SBN: 124607)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, California 94105<br>TELEPHONE NO.: (415) 882-7900 FAX NO. (Optional): (415) 882-9287<br>E-MAIL ADDRESS (Optional): mkaplan@sjlawcorp.com<br>ATTORNEY FOR (Name): Shop Ironworkers Local 790 Pension Trust, et al.<br>[✓] ATTORNEY FOR [✓] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD | | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF United States District Court
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, California 94102
BRANCH NAME: Northern District of California

PLAINTIFF: Shop Ironworkers Local 790 Pension Trust, et al.

DEFENDANT: Victor Iron Works, Inc.; Theresa Ector

| WRIT OF | [✓] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF [ ] Personal Property<br>[ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>C05-3120 MHP |
|---|---|---|

1. **To the Sheriff or Marshal of the County of:** United States District Court, Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. (Name): Shop Ironworkers Local 790 Pension Trust, et al.
   is the [✓] judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.

4. **Judgment debtor** (name and last known address):
   ```
   Theresa Ector
   2318 Cochran Road
   McKinleyville, CA 95519

   Victor Iron Works, Inc.
   747 Lincoln Avenue
   San Rafael, CA 94901
   ```
   [ ] Additional judgment debtors on next page
5. **Judgment entered on** (date): February 27, 2006
6. [ ] **Judgment renewed on** (dates):
7. **Notice of sale** under this writ
   a. [✓] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.
   [SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .................... $ 19,665.89
12. Costs after judgment (per filed order or memo CCP 685.090) ........... $
13. Subtotal (add 11 and 12) ......... $
14. Credits ........................ $
15. Subtotal (subtract 14 from 13) ....... $
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees)... $ 920.36 to 2/27/07
17. Fee for issuance of writ ............. $
18. **Total** (add 15, 16, and 17) ........... $ 20,586.25
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of. ....... $ 2.52 from 2/28/07
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) .............. $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on (date): APR 0 4 2007 Clerk, by GINA AGUSTINE RIVAS , Deputy

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010,
Government Code, § 6103.5
American LegalNet, Inc.
www.USCourtForms.com www.courtinfo.ca.gov

| | | EJ-130 |
|---|---|---|
| PLAINTIFF: Shop Ironworkers Local 790 Pension Trust, et al. | CASE NUMBER: | |
| DEFENDANT: Victor Iron Works, Inc.; Theresa Ector | C05-3120 MHP | |

— Items continued from page 1—

21. ☐ **Additional judgment debtor** *(name and last known address):*

22. ☐ **Notice of sale** has been requested by *(name and address):*

23. ☐ **Joint debtor** was declared bound by the judgment (CCP 989–994)
   a. on *(date):*                                                                a. on *(date):*
   b. name and address of joint debtor:                                           b. name and address of joint debtor:

   c. ☐ additional costs against certain joint debtors *(itemize):*

24. ☐ *(Writ of Possession or Writ of Sale)* Judgment was entered for the following:
   a. ☐ Possession of real property: The complaint was filed on *(date):*
       *(Check (1) or (2)):*
       (1) ☐ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
           The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
       (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
           (a) $                     was the daily rental value on the date the complaint was filed.
           (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*
   b. ☐ Possession of personal property.
       ☐ If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
   c. ☐ Sale of personal property.
   d. ☐ Sale of real property.
   e. Description of property:

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).

EJ-130 [Rev. January 1, 2006]          **WRIT OF EXECUTION**          Page 2 of 2

# EXHIBIT C

| | | EJ-130 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, bar number and address)*: | | FOR COURT USE ONLY |

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, bar number and address)*:
Michele R. Stafford (SBN: 172509)
Saltzman & Johnson Law Corporation
120 Howard Street, Suite 520
San Francisco, California 94105
TELEPHONE NO.: (415) 882-7900  FAX NO. *(Optional)*: (415) 882-9287
E-MAIL ADDRESS *(Optional)*: mstafford@sjlawcorp.com
ATTORNEY FOR *(Name)*: Shop Ironworkers Local 790 Pension Trust, et al.
[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

United States District Court, Northern District of California
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, California 94102
BRANCH NAME:

PLAINTIFF: Shop Ironworkers Local 790 Pension Trust, et al.

DEFENDANT: Victor Iron Works, Inc.; Theresa Ector

**WRIT OF**
[✓] EXECUTION (Money Judgment)
[ ] POSSESSION OF  [ ] Personal Property
                   [ ] Real Property
[ ] SALE

CASE NUMBER: C05-3120 MHP

1. **To the Sheriff or Marshal of the County of:** United States District Court, Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* Shop Ironworkers Local 790 Pension Trust, et al.
   is the [✓] judgment creditor [ ] assignee of record  whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name and last known address)*:
   ┌──────────────────────────────┐
   │ Theresa Ector                │
   │ 2318 Cochran Road            │
   │ McKinleyville, CA 95519      │
   │                              │
   │ Victor Iron Works, Inc.      │
   │ 747 Lincoln Avenue           │
   │ San Rafael, CA 94901         │
   └──────────────────────────────┘
   [ ] Additional judgment debtors on next page
5. **Judgment entered** on *(date)*: February 27, 2006
6. [ ] **Judgment renewed** on *(dates)*:
7. **Notice of sale** under this writ
   a. [✓] has not been requested.
   b. [ ] has been requested *(see next page)*.
8. [ ] Joint debtor information on next page.
   [SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment . . . . . . . . . . . . . . . . . $ 19,665.89
12. Costs after judgment (per filed order or memo CCP 685.090) . . . . . . . . . $ 4,306.25
13. Subtotal *(add 11 and 12)* . . . . . . . . . $ _____
14. Credits . . . . . . . . . . . . . . . . . . . . . . $ _____
15. Subtotal *(subtract 14 from 13)* . . . . . $ _____
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) . . . $ 1,667.39 to 12/19/0
17. Fee for issuance of writ . . . . . . . . . . . $ _____
18. **Total** *(add 15, 16, and 17)* . . . . . . . . $ 25,639.53
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of . . . . . . $ 2.53 from 12/20/07
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) . . . . . . . . . . . . $ _____
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on *(date)*: _____  Clerk, by _____, Deputy

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010,
Government Code, § 6103.5
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF: Shop Ironworkers Local 790 Pension Trust, et al. | CASE NUMBER: C05-3120 MHP |
|---|---|
| DEFENDANT: Victor Iron Works, Inc.; Theresa Ector | |

— Items continued from page 1—

21. ☐ **Additional judgment debtor** *(name and last known address):*

22. ☐ **Notice of sale** has been requested by *(name and address):*

23. ☐ **Joint debtor** was declared bound by the judgment (CCP 989–994)
    a. on *(date):*                          a. on *(date):*
    b. name and address of joint debtor:     b. name and address of joint debtor:

    c. ☐ additional costs against certain joint debtors *(itemize):*

24. ☐ *(Writ of Possession* or *Writ of Sale)* **Judgment** was entered for the following:
    a. ☐ Possession of real property: The complaint was filed on *(date):*
        **(Check (1) or (2)):**
        (1) ☐ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
            The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
        (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
            (a) $_____ was the daily rental value on the date the complaint was filed.
            (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*
    b. ☐ Possession of personal property.
        ☐ If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
    c. ☐ Sale of personal property.
    d. ☐ Sale of real property.
    e. Description of property:

---

**NOTICE TO PERSON SERVED**
WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► *A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).*